**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| GLENDA FAYE MILLER, PERSONAL | ) | |
| REPRESENTATIVE OF THE ESTATE | ) | |
| OF PERRY ALISON MILLER, | ) | C/A No.: 2:08-4123 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| BEAR TRANSPORTATION SERVICES, | ) | |
| L.P., TEXCOM TRANSPORTATION, | ) | |
| LLC, ROUTE 76 TRAILER LEASING, | ) | |
| LLC, WABASH NATIONAL TRAILER | ) | |
| CENTERS, INC., SAMUEL WANYORA, | ) | |
| and SOUTHERN TIRE MART, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon plaintiff Martha Ann Wood's Motion to Compel

defendant Route 76 Trailer Leasing LLC to produce a current financial statement setting

forth the complete statement of all assets and liabilities and a copy of defendant's tax returns

for the past three years. The motion was filed on October 8, 2009.

**It is therefore ordered,** that the Motion to Compel is **granted**. Defendant Route 76

Trailer Leasing LLC shall produce these documents by noon on Friday, December 4, 2009.

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
November 17, 2009