IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| GLENDA FAYE MILLER, PERSONAL REPRESENTATIVE OF THE ESTATE OF PERRY ALISON MILLER, | ) ) ) ) | Civil Action No.:2:08-cv-04123-DCN |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CONSENT ORDER EXTENDING THE TIME TO FILE DESIGNATION OF EXPERT WITNESSES |
| BEAR TRANSPORTATION SERVICES, L.P., TEXCOM TRANSPORTATION, LLC, ROUTE 76 TRAILER LEASING, LLC, WABASH NATIONAL TRAILER CENTERS, INC., SAMUEL WANYORA, and SOUTHERN TIRE MART, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| MARTHA ANN WOOD, PERSONAL REPRESENTATIVE OF THE ESTATE OF PATRICIA ANN MILLER, | ) ) ) ) | Civil Action No.:2:08-cv-04124-DCN |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| BEAR TRANSPORTATION SERVICES, L.P., TEXCOM TRANSPORTATION, LLC, ROUTE 76 TRAILER LEASING, LLC, WABASH NATIONAL TRAILER CENTERS, INC., SAMUEL WANYORA, and SOUTHERN TIRE MART, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT APPEARING that the parties have agreed and for good cause shown,

IT IS HEREBY ORDERED that the time for Plaintiffs to file and serve a document designating expert witnesses be extended until April 15, 2010 and the time for Defendants to file and

serve a document designating expert witnesses be extended to May 15, 2010.

    AND IT IS SO ORDERED.

_____
The Honorable David C. Norton
Chief Judge United States District Court

February 17, 2010
Charleston, South Carolina

**WE SO CONSENT**:

By: s/Gedney M. Howe, III
Gedney M. Howe, III (Fed Bar # 1971)
Law Offices of Gedney M. Howe, III, P.A.
P.O. Box 1034
Charleston, SC 29402
(843) 722-8048 (tel.)
(843) 722-2140 (fax)
kleroy@gedneyhowe.com

Gary H. Smith, III (Fed Bar # 5689)
William Ray Massey
Smith Massey Brodie Thurmond & Guynn, P.A.
PO Box 519
Aiken, SC 29802-0519
(803) 643-4110 (tel.)
(803) 643-8140 (fax)
garysmith@smbtglaw.com
wm70@bellsouth.net

Attorneys for Plaintiff


**WE SO CONSENT**:

By: s/John H. Tiller
John H. Tiller
Haynsworth Sinkler Boyd, P.A.
134 Meeting Street, 3rd Floor
Charleston, SC 29401
Phone: 843-722-3366
jtiller@hsblawfirm.com

Attorneys for Bear Transportation Services, LP

**WE SO CONSENT:**

By: s/Lee C. Weatherly
Lee C. Weatherly (Fed Bar No.: 9389)
D. Gary Lovell, Jr.  (Fed Bar No.: 9942)
Carlock Copeland & Stair, LLP
40 Calhoun Street, Ste. 400
Charleston, SC 29401-3531
phone: 843-727-0307
lweatherly@carlockcopeland.com

Attorneys for Texcom Transportation, LLC, Route 76 Trailer Leasing, LLC and Samuel Wanyora


**WE SO CONSENT:**

By: s/Timothy M. McKissock
Timothy M. McKissock (Fed Bar No.: 6257)
D. Kay Tennyson (Fed Bar No.: 5231)
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor   (29201)
PO Box 11070
Columbia, SC 29211-1070
phone: 803-799-2000
tim.mckissock@nelsonmullins.com

Eli A. Poliakoff (Fed Bar No. 9747)
151 Meeting Street/Sixth Floor
PO Box 1806
Charleston, SC 29402
phone: 843-853-5200
eli.poliakoff@nelsonmullins.com

Attorneys for Wabash National Trailer Centers, Inc.


**WE SO CONSENT**:

By: s/Duke R. Highfield
Duke R. Highfield
Young Clement Rivers, LLP
PO Box 993
Charleston, SC 29402
dhighfield@ycrlaw.com

Attorneys for Southern Tire Mart, LLC